UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAKHON JAROEN SAKHON,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>Respondent. | CASE NO. C11-2107-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's return memorandum and motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 7) is DENIED, respondent's motion to dismiss (Dkt. No. 11) is GRANTED, and this matter is DISMISSED without prejudice; and

(3) The Clerk shall send a copy of this Order to the parties, and to Judge Theiler.

ORDER OF DISMISSAL
PAGE -1

DATED this 1 day of May, 2012.

*[signature]*
MARSHA J. PECHMAN
Chief United States District Judge

ORDER OF DISMISSAL
PAGE -2